UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN HAGOPIAN,

    Plaintiff,

vs.

Case No. 05-CV-74025
HON. GEORGE CARAM STEEH

DAVID SMITH, et al.,

    Defendants.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting the several defendants' motion to dismiss for failure to exhaust administrative remedies,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of defendants and against plaintiff Martin Hagopian. Plaintiff's claims are hereby DISMISSED without prejudice.

Dated at Detroit, Michigan, September 13, 2006.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 13, 2006, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk